Anton Cermak, bailiff of Municipal Court of Chicago, for use of George K. Spoor, plaintiff in error, v. The Rudolph Wurlitzer Company and United States Fidelity & Guaranty Company, defendants below. The Rudolph Wurlitzer Company, defendant in error. Gen. No. 24,395.

Action on replevin bond. Judgment for defendants. Error to the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed July 2, 1919.

William A. Jennings, for plaintiff in error. No appearance for defendant in error.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Fort Dearborn Fireproof Storage Company, appellee, v. United Cigar Stores Company of America, appellant. Gen. No. 24,425.

Action to recover damages to truck in collision with defendant's truck. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. James Donahoe, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed July 2, 1919.

Musgrave, Oppenheim & Lee, for appellant. Truman H. Miner and A. R. Hulbert, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Alfredo Alvarez, trading as Alfredo Alvarez & Company, defendant in error, v. Amelia Fernandez, surviving partner of Fernandez Havana Company, plaintiff in error. Gen. No. 24,439.

Action to recover balance due for goods sold and delivered. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed July 2, 1919.

William J. Andrews, for plaintiff in error; Andrews & Cohen and L. A. Gilmore, of counsel. Clithero & Swett, for defendant in error; Frank W. Swett, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Conrad A. Manson, defendant in error, v. Irving I. Stone et al., plaintiffs in error. Gen. No. 24,399.

Action to recover balance due on promissory notes. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed July 2, 1919.

Walter Truc, for plaintiffs in error; James S. Wight, of counsel. Erich E. Pacyna and Oscar M. Meusel, for defendant in error; Erich E. Pacyna, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.